UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONYA WASHINGTON,<br><br>   Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>   Defendant. | NO. EDCV 15-1809-DSF (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Defendant's motion to dismiss the First Amended Complaint is granted with prejudice and Plaintiff's request for leave to file a Second Amended Complaint is denied.

DATED: 3/25/16

DALE S. FISCHER
United States District Judge