UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TONYA WASHINGTON, | ) | NO. EDCV 15-1809-DSF (AGR) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| CITY OF LOS ANGELES, et al., | ) | |
| Defendant. | ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that judgment is entered for Defendants.

DATED: 3/25/16

DALE S. FISCHER
United States District Judge